John Reilly, as Administrator, etc., Respondent, v. Ellen Goggins, Appellant, Impleaded with the Brooklyn Savings Bank.— Judgment and order affirmed, with costs. No opinion. Jenks, P. J., Carr, Stapleton, Mills and Rich, JJ., concurred.